# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JON GRAY, | No. C 13-3513 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

On July 30, 2013, Plaintiff Jon Gray filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On August 7, 2013, the Clerk of Court directed Plaintiff to either consent or decline magistrate jurisdiction by August 16. Dkt. No. 4. Because Plaintiff failed to comply with this deadline, the Clerk again directed Plaintiff to consent or decline, with a new deadline of August 30. Dkt. No. 5. Plaintiff failed to respond.

Based on this inaction, the Court hereby ORDERS Plaintiff Jon Gray to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by September 19, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 3, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if a responsive declaration is not filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 5, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

Case Number: 13-03513 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jon Gray
4304 18th Street, #091
San Francisco, CA 94114-0091

Dated: September 5, 2013

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2