1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| JON GRAY, | Case No. 13-cv-04340 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION dba SFDSA, DOES 1-10, | |
| Defendants. | |

18
      In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the
19
above captioned case is referred to Judge William Alsup to determine whether it is related
20
to *Jon Gray v. City and County of San Francisco*, No. 13-cv-03513 WHA.
21
      IT IS SO ORDERED.
22
      Date: October 2, 2013
23                                    _____
                                       Nathanael M. Cousins
24                                     United States Magistrate Judge
25
26
27
28