1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JON GRAY,<br><br>               Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS'<br>ASSOCIATION dba SFDSA, DOES 1-10,<br><br>               Defendants. | Case No. 13-cv-04340 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William Alsup to determine whether it is related to *Jon Gray v. City and County of San Francisco*, No. 13-cv-03513 WHA.

IT IS SO ORDERED.

Date: October 2, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge