IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al*.<br><br>    Defendant.<br>_____ / | No. C 13-03513 WHA<br><br>**ORDER RELATING CASES** |

    Magistrate Judge Nathanael Cousins referred *Jon Gray v. San Francisco Deputy Sheriff's Association*, No. 13-cv-04340, to this Court to determine whether it is related to the present action. Under Civil Local Rule 3–12, actions are related when two requirements are met: (1) the actions concern substantially the same parties, property, transaction, or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

    Both cases were filed by the same plaintiff and concern the same set of transactions and events. Thus, *Jon Gray v. San Francisco Deputy Sheriff's Association* is related to the present

action and *San Francisco Deputy Sheriff's Association* shall be immediately assigned to the undersigned judge for all purposes.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE