**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

       Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

       Defendant.

No. C 13-03513 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  November 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE