IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 13-03513 WHA

**SECOND ORDER RE MOTION FOR RECONSIDERATION**

After filing several documents that contained contradictory statements regarding his employment status and income, plaintiff was given an opportunity to submit a sworn declaration by November 25, 2013. Plaintiff has not yet filed a sworn declaration, and it is now December 2. Plaintiff's motion for reconsideration is **DENIED WITH PREJUDICE**. This action shall remain closed.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE