IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

      Defendant.

No. C 13-03513 WHA

**ORDER TO RE-OPEN THE ACTION**

On November 18, 2013, an order was issued directing plaintiff to submit a sworn affidavit by November 25, 2013, before his case would be re-opened. In his sworn affidavit, plaintiff states that the order was mailed to him on November 20, 2013, but he received the letter on November 27, 2013. Thus, he was unable to file his affidavit to the clerk's office until November 29, 2013. His affidavit was not received by the undersigned judge until December 2, 2013. Good cause shown, plaintiff's motion for reconsideration is hereby **GRANTED.**

The Clerk shall **RE-OPEN THE FILE**. Good cause shown, plaintiff's request for IFP status is **GRANTED**. The Clerk shall serve defendant in this action.

**IT IS SO ORDERED.**

Dated: December 3, 2013.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE