IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 13-03513 WHA

**ORDER RE OPPOSITION**

      Plaintiff Jon Gray has failed to file an opposition to defendant's motion to dismiss. Local Rule 7–3. Plaintiff must file his opposition or notice of non-opposition by **FEBRUARY 11, 2014, AT NOON**. Failure to follow the local rules or otherwise prosecute this action may result in dismissal of the action. FRCP 41.

**IT IS SO ORDERED.**

Dated: February 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE