IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON GRAY,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

No. C 13-03513 WHA

**ORDER RE IFP STATUS**

Plaintiff appeals the order granting defendant's motion to dismiss this action. Our court of appeals has referred the action back to this Court to determine whether plaintiff's *in forma pauperis* status should continue for his appeal or whether the appeal is frivolous. See 28 U.S.C. § 1915(a)(3); see also *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

Plaintiff is **ORDERED TO SHOW CAUSE** by filing a brief, no longer than five pages, by **APRIL 3, 2014, AT NOON**, explaining why his appeal is not frivolous. Plaintiff shall also file a sworn declaration that updates the Court on his financial situation, including whether he is employed, receives any sources of income, or owns any assets.

**IT IS SO ORDERED.**

Dated: March 21, 2014.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE